| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

    Plaintiff,

v.

PACIFIC SPECIALTY INSURANCE COMPANY, a corporation; ANN MORRICAL, an individual; and DOES 1-29, inclusive,

    Defendants.

PACIFIC SPECIALTY INSURANCE COMPANY, a corporation,

    Counterclaimant,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

    Counterdefendant.

Case No. 13-cv-04743 WHO

**ORDER TO CONTINUE (1) MOTION TO ABSTAIN, ETC., AND (2) CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

**Motion to Abstain Hearing Date: January 15, 2014**

**CMC Date: February 4, 2014**

LA #4826-8672-8983 v1      - 1 -      CASE NO. 13-CV-04743 WHO
ORDER TO CONTINUE MOTION TO ABSTAIN AND CMC DATE

1  Pursuant to the Stipulation submitted by the parties, and good cause
2  appearing therefor, IT IS HEREBY ORDERED as follows:

3

4  1.      The Motion to Abstain from Exercising Jurisdiction and/or Stay
5  Action filed by Defendant Ann Morrical is continued from January 15, 2014 at 2:00
6  p.m. to February 19, 2014, at 2 p.m.

7

8  2.      The Case Management Conference scheduled for February 4, 2014 at
9  2:00 p.m, is continued to March 4, 2014, at 2 p.m.

10

11  IT IS SO ORDERED.

12
13  DATED:  January 15, 2014      _____
                                   HON. WILLIAM H. ORRICK
14                                 UNITED STATES DISTRICT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA #4826-8672-8983 v1                  - 2 -                   CASE NO. 13-CV-04743 WHO
                                                               ORDER TO CONTINUE MOTION TO ABSTAIN
                                                               AND CMC DATE