1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SPECIALTY INSURANCE COMPANY, a corporation; ANN MORRICAL, an individual; and DOES 1-29, inclusive,<br><br>Defendants. | Case No. 13-cv-04743 WHO<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |
| PACIFIC SPECIALTY INSURANCE COMPANY, a corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br><br>Counterdefendant. | |

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2  matter shall be dismissed with prejudice against all parties. Each party is to bear
3  their own costs and attorneys' fees.

DATED: March 18, 2014

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE